# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 1, 2016, the cause upon appeal to revise or reverse your judgment between

Brian McEnery, Appellant

V.

City of San Antonio and Chief Charles N. Hood, Appellee

No. 04-15-00097-CV and Tr. Ct. No. 2011-CI-06603

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.**

**We order that appellees City of San Antonio and Chief Charles N. Hood recover their costs of appeal from appellant Brian McEnery.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 11, 2016.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00097-CV

**Brian McEnery**

**v.**

**City of San Antonio and Chief Charles N. Hood**

(NO. 2011-CI-06603 IN 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | FLOYD S. CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | FLOYD CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | JACQUELINE STROH |
| MOTION FEE | $10.00 | E-PAID | JACQUELINE STROH |
| MOTION FEE | $10.00 | E-PAID | FLOYD CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | FLOYD S CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | FLOYD S CONTRERAS |
| REPORTER'S RECORD | $1,241.25 | PAID |  |
| MOTION FEE | $10.00 | E-PAID | JACQUELINE STROH |
| CLERK'S RECORD | $1,491.00 | PAID |  |
| INDIGENT | $25.00 | E-PAID | FLOYD S CONTRERAS |
| FILING | $100.00 | E-PAID | FLOYD S CONTRERAS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | FLOYD S CONTRERAS |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | FLOYD S CONTRERAS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 11, 2016.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853